**SCHIAN WALKER, P.L.C.**
3550 NORTH CENTRAL AVENUE, #1700
PHOENIX, ARIZONA 85012-2115
TELEPHONE: (602) 277-1501
FACSIMILE: (602) 297-9633
E-MAIL: ecfdocket@swazlaw.com
SCOTT R. GOLDBERG, #015082
CODY J. JESS, #025066
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CHAPTER 11 |
| MCCALLISTER PROPERTIES, LLC, a Delaware limited liability company; CENTREPOINTE DEVELOPMENT- GLOBAL VISION INVESTMENT FUND LIMITED PARTNERSHIP, a Delaware limited partnership; CENTREPOINTE DEVELOPMENT INVESTMENT FUND GP, LLC, a Delaware limited liability company; CENTREPOINTE DEVELOPMENT, LLC, an Arizona limited liability company; CENTREPOINTE HOLDINGS, LLC, an Arizona limited liability company; CENTREPOINTE DEVELOPMENT - LANESBOROUGH ASSET MANAGEMENT INVESTMENT FUND LIMITED PARTNERSHIP, a Delaware limited partnership; CENTREPOINTE DEVELOPMENT OPPORTUNITY FUND LIMITED PARTNERSHIP, an Arizona limited partnership; CENTREPOINTE DEVELOPMENT - CARTER EVANS INVESTMENT FUND LIMITED PARTNERSHIP, a Delaware limited partnership; RNFI UNLIMITED LLC, a Delaware limited liability company; RNFI UNLIMITED LLC, an Arizona limited liability company, | Case No. 2-12-bk-01288-GBN<br><br>JOINTLY ADMINISTERED WITH:<br><br>2-12-bk-01446<br>2-12-bk-01448<br>2-12-bk-01449<br>2-12-bk-01452<br>2-12-bk-01622<br>2-12-bk-01624<br>2-12-bk-01627<br>2-12-bk-01648<br>2-12-bk-01649<br><br>**DEBTORS' (1) RESPONSE TO UNITED STATES TRUSTEE'S REQUEST FOR EXPEDITED HEARING ON ITS MOTION TO APPOINT A CHAPTER 11 TRUSTEE OR EXAMINER PURSUANT TO 11 U.S.C. §§ 105 AND 1104 AND (2) MOTION TO SET HEARING FOR MARCH 19, 2012 AT 11:15 A.M.** |
| Debtors. | |
| THIS FILING APPLIES TO:<br>    X     All Debtors<br><br>        Specified Debtors | |

00218543.2

This response to the United States Trustee's request for expedited hearing in support of its Motion to Appoint a Chapter 11 Trustee or Examiner Pursuant to 11 U.S.C. §§ 105 and 1104 is filed by the above captioned Debtors (the "Motion") [DE 65]. The Debtors are preparing a comprehensive response to the Motion, which the Debtors believe will assure the Court that the Debtors' estates are being properly managed. As such, the Debtors believe that the initial hearing on the Motion can and should be set for March 19, 2012 at 11:15 a.m., which is the date that the Court has already scheduled to consider the Debtors' motion to sell certain personal property assets. No harm to the Debtors' estates will occur in the meantime. This proposed hearing date is less than seven days from the date hereof.

Moreover, due to certain conflicts, counsel for the Debtors may be unavailable to attend a hearing on the Motion until March 19, 2012. The Debtors have requested that the United States Trustee agree to a March 19th hearing date. As of the date hereof, the Debtors have not received a response from the United States Trustee to this request. A form of order has been lodged herewith.

DATED this 13th day of March, 2012.

SCHIAN WALKER, P.L.C.

By /s/ SCOTT R. GOLDBERG, #015082
Scott R. Goldberg
Cody J. Jess
Attorneys for Debtors

COPY of the foregoing mailed
or e-mailed this 13th day
of March, 2012, to:

All Partied Identified on the
Debtors' Official Service List

/s/ JULIE LARSEN